68 F.3d 457
 Thomas J. Ridge, Governor of Commonwealth of Pennsylvania,
Feather O'Connor Houstoun, Secretary of Department of Public
Welfare of Commonwealth of Pennsylvania, Sherry Knowlton,
Deputy Secretary of Office of Medical Assistance of
Department of Public Welfare of Commonwealth of
Pennyslvania, Ernest D. Preate, Jr., Attorney General of
Commonwealth of Pennsylvania or their Successors
v.
Donna E. Shalala, Secretary of U.S. Department of Health & Human
 NO. 94-7751
 United States Court of Appeals,
Third Circuit.
 Sept 13, 1995
 
 Appeal From: M.D.Pa., No. 94-0039,
 Rambo, J.
 
 
 1
 AFFIRMED.